IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN WESTERN HOME | : | |
| INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| DONNELLY DISTRIBUTION, INC., | : | No. 11-1415 |
| Defendant. | : | |

## ORDER

AND NOW, this **2ⁿᵈ** day of **August, 2011,** upon consideration of Plaintiff's Motion for Judgment on the Pleadings, or in the Alternative, Summary Judgment; Defendant's Opposition thereto; and for the reasons stated in the Court's Memorandum dated August 2, 2011, it is hereby **ORDERED** that:

1. The Motion (Document No. 9) is **DENIED**.

2. Judgment is entered in favor of Defendant and against Plaintiff, as follows:

    a. American Western Home Insurance Company must defend and indemnify Donnelly Distribution, Inc. in the matter of *Swanlund v. Donnelly Distribution, Inc.*, Philadelphia County Court of Common Pleas No. 071104135.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**