IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN WESTERN HOME | : | |
| INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DONNELLY DISTRIBUTION, INC., | : | No. 11-1415 |
| Defendant. | : | |

## ORDER

AND NOW, this **14$^h$** day of **September, 2011**, upon consideration of Plaintiff's Motion for Summary Judgment, and Defendant's Opposition thereto, and upon consideration of Defendant's Motion for Summary Judgment, and Plaintiff's Opposition thereto; and for the reasons stated in the Court's Memorandum dated September 14, 2011, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Document No. 16) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Document No. 17) is **GRANTED**.

3. The Clerk of the Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**